IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN 30 P 4:44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC NO. ~~3282-MEF~~ |
| ) | 2:06 mc 3282-MEF |
| GRAND LODGE OF ALABAMA, ) | |
| PRATTVILLE, AL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| TANIA SARGENT MIDDLEBROOKS, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:03CR00114 entered against the defendant, Tania Sargent Middlebrooks; the last four digits of defendant's Social Security Number are XXX-XX-6141; whose last known address is 2721 Dutchbend Street, Autaugaville, Alabama 36003, in the above cited action in the amount of $29,881.80, plus costs. There is a balance due of $21,011.80, as of January 30, 2006.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from January 30, 2006, but defendant

has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

Grand Lodge of Alabama
2005 Cobbs Ford Road, Suite 200
Prattville, AL 36066

DATED: January 30, 2006

                LEURA G. CANARY
                UNITED STATES ATTORNEY

BY: _____
       R. RANDOLPH NEELEY
       ASSISTANT UNITED STATES ATTORNEY
       Alabama Bar No. 9083-E56R

Post Office Box 197
Montgomery, AL 36101
Phone: (334) 223-7280
  FAX: (334) 223-7201

cc: Jennifer Hart, Federal Defender's Office