# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** Misc. No. 2:06mc3282/MEF |
| **DEFENDANT** Tania Sargent Middlebrooks | **TYPE OF PROCESS** Writ, Notice Application & Instructions Right to Claim Exemption |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tania Middlebrooks

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2721 Dutchbend Street, Autaugaville, AL 36003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
Attn: M. Tunnell
One Court Square, Suite 201
Montgomery, AL 36104

| | |
|---|---|
| Number of process to be served with this Form - 285 | 5 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
R. Randolph Neeley    AUSA
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 2/2/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2-9-06  Time: 8:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 11.12 | Forwarding Fee | Total Charges 56.12 | Advance Deposits | Amount owed to U.S. Marshal or RETURNED AND FILED | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

FEB 10 2006

CLERK
U.S. DISTRICT COURT
M. DIST. OF ALA.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)