IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    MISC. NO. 2:06mc3282-MEF
                                   )
Grand Lodge of Alabama,            )
Prattville, AL,                    )
                                   )
          Garnishee                )
                                   )
Tania Sargent Middlebrooks,        )
                                   )
          Defendant                )

<u>MOTION TO DISMISS GARNISHMENT</u>

     Comes now the United States of America, by and through Leura

G. Canary, United States Attorney for the Middle District of

Alabama, and moves the Court to dismiss the Writ of Garnishment

issued in the above case against Grand Lodge of Alabama,

garnishee, on the ground that the defendant is no longer employed

there as reason for dismissal.

     Respectfully submitted <u>September 20, 2006</u>.

                         LEURA G. CANARY
                         UNITED STATES ATTORNEY


                    BY:  <u>/S/ R. Randolph Neeley</u>
                         R. RANDOLPH NEELEY
                         Assistant United States Attorney
                         Bar Number: 9083-E56R
                         Attorney for Plaintiff
                         Post Office Box 197
                         Montgomery, AL 36101
                         Telephone:   (334) 223-7280
                         Facsimile:   (334) 223-7201
                         E-Mail:  <u>rand.neeley@usdoj.gov</u>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing Motion to Dismiss upon Tania Middlebrooks, defendant, and Grand Lodge Free & Accepted Masons of Alabama, garnishee, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 20th day of September, 2006.


Grand Lodge Free & Accepted          Tania Middlebrooks
Masons of Alabama                    2721 Dutchbend Street
2005 Cobbs Ford Road,                Autaugaville, AL 36003
Suite 200
Prattville, AL 36066


                    /S/ R. Randolph Neeley
                    ASSISTANT U.S. ATTORNEY

```
                IN THE DISTRICT COURT OF THE UNITED STATES
                  FOR THE MIDDLE DISTRICT OF ALABAMA


UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiff,    )
                                  )
              v.                  )   MISC. NO. 3282-MEF
                                  )
GRAND LODGE OF ALABAMA ,          )
PRATTVILLE, AL,                   )
                                  )
                    Garnishee     )
                                  )
                                  )
TANIA SARGENT MIDDLEBROOKS,       )
                                  )
                    Defendant     )
```

<u>ORDER</u>

The Motion of the United States to Dismiss Garnishment filed herein on January 30, 2006, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the garnishment heretofore issued to Grand Lodge of Alabama, be and the same is hereby dismissed.

DONE this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE