IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-mc-3282-MEF |
| | ) |
| GRAND LODGE OF ALABAMA | ) |
| PRATTVILLE, AL, | ) |
| | ) |
| Garnishee,. | ) |
| | ) |
| TANIA SARGENT MIDDLEBROOKS, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss Garnishment (Doc. #7) filed on September 20, 2006, it is hereby

ORDERED that the motion is GRANTED and the garnishment issued to Grand Lodge of Alabama is hereby DISMISSED.

DONE this 1st day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE